UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:15-cv-00985-JRG

Name of party requesting extension: Adaptive Insights Inc.

Is this the first application for extension of time in this case?  ✓ Yes
☐ No

If no, please indicate which application this represents: ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 11/25/15

Number of days requested: ✓ 30 days
☐ 15 days
☐ Other _____ days

New Deadline Date: 1/15/16    *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Lowell Mead
State Bar No.: 223989 (California)
Firm Name: Cooley LLP
Address: 3175 Hanover Street
Palo Alto, CA 94304

Phone: 650-843-5000
Fax: 650-849-7400
Email: lmead@cooley.com

A certificate of conference does not need to be filed with this unopposed application.